IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 14-cv-02681-JLK

In re: ADAM AIRCRAFT INDUSTRIES, INC.

    Debtor

GEORGE F. ADAM, JR.,

    Appellant

v.

JEFFREY A. WEINMAN, as Chapter 7 Trustee and
ALLEN & VELLONE, P.C.,

    Appellees.

## ORDER

Kane, J.

The Unopposed Motion for Leave to Complete the Record [doc. #12], filed December 11, 2014, is **GRANTED.** It is

**ORDERED** that the following documents shall become part of the record on appeal:

1. Notice of Appeal, United States District Court for the District of Colorado Case No. 13-cv-00439-JLK, Docket #2 [301-303];

2. Order dated March 14, 2013, United States District Court for the District of Colorado Case No. 13-cv-00439-JLK, Docket #9 [304];

3. Appellant's Opening Brief dated June 24, 2013, United States District Court for the District of Colorado Case No. 13-cv-01235-JLK, Docket #9 [305-327];

4. Appellee's Response Brief dated July 22, 2013, United States District Court for the District of Colorado Case No. 13-cv-01235-JLK, Docket #12 [328-350];

5. Appellant's Reply Brief dated August 19, 2013, United States District Court for the District of Colorado Case No. 13-cv-01235-JLK, Docket #16 [351-365];

Dated:  December 12, 2014

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court